AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

LYNN RAY GRIM,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                                              CASE NUMBER: **3:10-CV-00193-LRH-RAM**

LUCY DUNN, EMPLOYERS
INSURANCE COMPANY, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this entire action is **DISMISSED WITH PREJUDICE** for failure to state a claim.

  November 19, 2010                                        **LANCE S. WILSON**
                                                                  Clerk


                                                                /s/ D. R. Morgan
                                                                Deputy Clerk